| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>HOLDERMAN, JAMES F. | 2. Court or Organization<br><br>U.S. DISTRICT COURT/NDL | 3. Date of Report<br><br>07/13/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>ARTICLE III JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>219 SOUTH DEARBORN STREET<br>SUITE 2548<br>CHICAGO, IL 60604 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Faculty (part-time) | The John Marshall Law School |
| 2. | Faculty (part time) | University of Illinois College of Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLDERMAN, JAMES F. | 07/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan., Aug. | The John Marshall Law School (part-time teaching) | $15,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan.-Dec. | Winston & Strawn (Salary) |
| 2. March | University of Illinois College of Law (part-time teaching) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Texas at Austin | 01/21/2011 | Alexandria, VA | Panelist, Patent Law Institute | Transportation |
| 2. | Utah State Bar | 02/18/2012-02/19/2011 | Salt Lake City, UT | Moot Court and Panelist | Transportation, Lodging, Meals |
| 3. | University of Illinois, College of Law | 03/19/2011-03/25/2011 | Champaign, IL | Teaching | Transporation, Lodging, Meals |
| 4. | The Sedona Conference | 03/30/2011-04/03/2011 | Phoenix, AZ | Working Group Meeting on Patent Damages & Remedies | Transportation, Lodging, Meals |
| 5. | Intellectual Property Owners Education Foundation | 05/22/2011-05/25/2011 | Brussels, Belgium | International Judges Conference | Transportation, Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **HOLDERMAN, JAMES F.** | 07/13/2012 |

| | | | | |
|---|---|---|---|---|
| 6. | UC Berkeley, Berkeley Center for Law and Technology | 06/05/2011-06/07/2011 | Berkeley, CA | Panelist - Workshop & Summit | Trnasporation, Lodging, Meals |
| 7. | Federal Circuit Bar Association | 06/23/2011-06/25/2011 | Bey Biscayne, FL | Annual Bench & Bar Conference | Transportation, Lodging, Meals |
| 8. | American Bar Association | 08/04/2011-08/06/2011 | Toronto, Canada | Annual Meeting | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLDERMAN, JAMES F. | 07/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLDERMAN, JAMES F. | 07/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Country Companies Ins. Policies | A | Interest | M | T | | | | | |
| 2. Fifth Third Bank Savings Account | B | Interest | J | T | | | | | |
| 3. Northwestern Mutual Life Ins. Policy | | None | L | T | | | | | |
| 4. Fidelity Rollover IRA - ☐ mutual fnd acct. | | None | M | T | | | | | |
| 5. Fidelity Winston & Strawn Retirement Plan - ☐ mutual fnd | | None | L | T | | | | | |
| 6. Fidelity Employee's Savings Plan - ☐ mutual fnd | | None | L | T | | | | | |
| 7. Fidelity Invstmnt Grp - ☐ widely diversified mutual fnd | | None | M | T | | | | | |
| 8. Nos. 4, 5 and 6 include Fidelity Freedom K2015 | | | | | | | | | |
| 9. No. 7 includes Fidelity Freedom K2020 | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLDERMAN, JAMES F. | 07/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES F. HOLDERMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544